Case 2:15-cv-00261-MKD    Document 21    Filed 02/23/17

AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2017

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOY MELINDA ALLREAD

*Plaintiff*

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

*Defendant*

Civil Action No. 2:15-CV-00261-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED
Plaintiff's Motion for Summary Judgment (ECF No. 15) is DENIED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   MARY K. DIMKE   on motions for Summary Judgment, (ECF Nos. 15 and 16)

Date: February 23, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Melissa Orosco
*(By) Deputy Clerk*

Melissa Orosco